**2005–1115. Columbus Bar Assn. v. Winkfield.**
It is ordered by this court, sua sponte, that Lawrence E. Winkfield, Attorney Registration No. 0034254, last known business address in Westerville, Ohio, is found in contempt for failure to comply

with this court's order of January 11, 2006, to wit: Failure to file an affidavit of compliance on or before February 10, 2006.